Enter/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT MOOSE,                          )   Case No. CV 10-2784 AN
                                       )
            Plaintiff,                 )
                                       )
      v.                               )   JUDGMENT
                                       )
MICHAEL   J.   ASTRUE,                 )
COMMISSIONER OF THE SOCIAL             )
SECURITY ADMINISTRATION,               )
                                       )
            Defendant.                 )
_____    )

      For the reasons set forth in the accompanying Order, it is hereby ADJUDGED
AND DECREED THAT the Commissioner's final decision is affirmed and that this
action is dismissed with prejudice.


DATED: August 22, 2011
                                       _____
                                             ARTHUR NAKAZATO,
                                       UNITED STATES MAGISTRATE JUDGE